646

452 A.2d 30

Commonwealth v. Jeter, Jr., Appellant.

Submitted May 19, 1982. John P. Dohanich, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.

452 A.2d 30

Commonwealth v. Jones, Jr., Appellant.
Petition for Allowance of Appeal
Denied March 3, 1983.

Argued February 16, 1982. Raymond Roger Williams, Assistant Public Defender, for appellant; Andrew S. Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Affirmed.